1

2                          **UNITED STATES DISTRICT COURT**

3                              **DISTRICT OF NEVADA**

4                                        ***

5

6

7   FANNIE MAE,                               2:11-cv -00451- LDG-VCF

                     Plaintiff,
8                                             **ORDER**

9   vs.

10  WILLIAM J. CREAGAN III, et al.,

                     Defendants.
11

12

13      This case has been assigned to the undersigned Magistrate Judge by random draw.  A settlement

14  conference was held before the undersigned Judge on May 24, 2012.  Because his impartiality might

15  reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered

16  case.  28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1).  Accordingly, this

17  matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

18          IT IS SO ORDERED.

19          DATED this 1st day of June, 2012.

20

21                                                     _____

22                                                     CAM FERENBACH
                                                       UNITED STATES MAGISTRATE JUDGE
23

24

25