1

2

3

4               **UNITED STATES DISTRICT COURT**

5                      **DISTRICT OF NEVADA**

6

7   FANNIE MAE,                                )
                                               )
8                         Plaintiff,           )        Case No. 2:11-cv-00451-LDG-PAL
                                               )
9   vs.                                        )               **ORDER**
                                               )
10  WILLIAM J. CREAGAN, III, et al.,           )
                                               )
11                        Defendants.          )
   _____)

12

13        This matter is before the court on the parties' failure to file a joint pretrial order required by

14  LR 26-1(e)(5).  The Discovery Plan and Scheduling Order (Dkt. #30) filed November 16, 2012,

15  required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than January 29,

16  2013.  Defendants filed a Motion for Summary Judgment (Dkt. #25) October 4, 2012, which the

17  District Judge denied in an Order (Dkt. #38) entered September 11, 2013. The parties were required to

18  file a joint pretrial order within 30 days after a decision of the summary judgment motion.  To date, the

19  parties have not complied.  Accordingly,

20        **IT IS ORDERED** that:

21        1.     Counsel for the parties shall file a joint pretrial order which fully complies with the

22               requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., December 6, 2013.**

23               Failure to timely comply may result in the imposition of sanctions up to and including a

24               recommendation to the District Judge of case dispositive sanctions.  See Fed. R. Civ. P.

25               41(b).

26  / / /

27  / / /

28  / / /

2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be

included in the pretrial order.

Dated this 15th day of November, 2013.

_____
Peggy A. Leen
United States Magistrate Judge