# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FANNIE MAE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00451-LDG-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WILLIAM J. CREAGAN, III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #30) filed November 16, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than January 29, 2013. Defendants filed a Motion for Summary Judgment (Dkt. #25) October 4, 2012, which the District Judge denied in an Order (Dkt. #38) entered September 11, 2013. The parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motion. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., December 6, 2013.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. See Fed. R. Civ. P. 41(b).

///
///
///

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 15th day of November, 2013.

_____
Peggy A. Leen
United States Magistrate Judge