# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FANNIE MAE,

    Plaintiff,

v.

WILLIAM J. CREAGAN III, *et al*.,

    Defendants.

Case No. 2:11-cv-00451-LDG (PAL)

**ORDER**

    On December 16, 2013, the parties were ordered (## 41, 42) to show cause not later than January 3, 2014, why sanctions should not be imposed for their failure to timely file a joint pretrial order and their failure to comply with this Court's Order (#40).  On January 3, 2014, the parties filed a joint status report indicating that they had come to a mutually agreeable resolution and were in the process of preparing the necessary settlement documents.  The parties further indicated they expected to have this matter dismissed with prejudice within 30 - 45 days.  Though more than 65 days have passed since that status report, the parties have not conformed to their expectation of having this matter dismissed.  Accordingly,

1  THE COURT **ORDERS** that the parties shall indicate, in writing, no later than March 28, 2014, why they have not met their expectation to have this matter dismissed.  The filing of a stipulation to dismiss with prejudice will satisfy the Court.

DATED this ___21___ day of March, 2014.

_____
Lloyd D. George
United States District Judge